UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **2:20-CR-62** |
| | ) | |
| vs. | ) | |
| | ) | |
| EFOSA IMASUEN, | ) | |
| | ) | |
| Defendant. | ) | |

### REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b), I conducted a plea hearing in this case on September 6, 2022. At the hearing, Defendant entered a plea of guilty to Count One of the Indictment. He entered his plea with a plea agreement. On the basis of the record made at the hearing, I find Defendant is fully capable and competent to enter an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by Defendant; the plea is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; Defendant understands the nature of the charge and penalties provided by law; and the plea has a sufficient basis in fact.

For these reasons, I **RECOMMEND** that Defendant's plea of guilty to Count One of the Indictment be accepted, that the Court adjudicate Defendant guilty of the charges set forth in that count, and a decision on whether to accept the plea agreement be deferred until sentencing. I further **RECOMMEND** that Defendant remain on release pending sentencing in this matter as the United States does not object to his continued release and Defendant has complied with all conditions of release as evidenced by the Release Status Report provided to the Court. The Court notes the

parties have been advised that acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

          Respectfully submitted,

          s/ Cynthia Richardson Wyrick
          United States Magistrate Judge

### NOTICE TO PARTIES

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than **Tuesday, September 20, 2022**. Failure to file objections within timeframe waives any further right to challenge the plea of guilty in this matter. *See* 28 U.S.C. § 636(b).