| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:20-CR-00062-4-JRG-CRW |
| ) | |
| EFOSA IMASUEN ) | |

## ORDER

    This matter is before the Court on United States Magistrate Judge Cynthia R. Wyrick's Report and Recommendation [Doc. 289], in which Judge Wyrick recommends the Court accept Defendant's guilty plea to the charge in Count One of the Indictment [Doc. 29] and adjudge him guilty of that charge. Both parties have filed a notice of no objections to the report and recommendation.

    Having reviewed the record, the Court agrees with Judge Wyrick's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(b). For the reasons in the report and recommendation, which the Court adopts and incorporates into this Order, the Court **ACCEPTS** Defendant's guilty plea, and Defendant is hereby **ADJUDGED** guilty of the charge in Count One of the indictment. The Court will defer a decision as to whether to accept or reject the Plea Agreement [Doc. 270] until after it has received a presentence investigation report from the United States Probation Office.

    So ordered.

    ENTER:

                                                            s/J. RONNIE GREER
                                                  UNITED STATES DISTRICT JUDGE